Scott M. McCaleb, Esq., Matthew James Dowd, Attorney, Wiley Rein, LLP, Kim Marie Kozaczek Boylan, White & Case LLP, Washington, DC, for Plaintiff–Appellant.

Arthur Thomas Catterall, Attorney, Cory A. Johnson, Esq., Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

### ON MOTION

The parties submit a joint stipulation to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), which the court treats as a motion to withdraw the appeal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each party shall bear its own costs.

**Raymond A. BERRY, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7067.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2014.

Raymond A. Berry, Martinez, CA, pro se.

Devin Andrew Wolak, Esq., Trial Attorney, Department of Justice, Bernasconi, Y. Ken Lee, Esq., Attorney, Martin James Sendek, Attorney, Office of General Counsel, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

### ON MOTION

### ORDER

The court construes Raymond A. Berry's August 8, 2014 submission as a motion to reinstate his appeal and for an extension of time to file his brief.

This appeal was dismissed on August 7, 2014 for failure to timely submit a brief. Berry has now filed his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The court's August 7, 2014 dismissal order is vacated, the mandate is recalled, the appeal is reinstated, and Berry's brief is accepted for filing.

(2) The Secretary's brief is due no later than 21 days from the date of filing of this order.